IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE SERRANO ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,<br>Plaintiff,<br><br>v.<br><br>BROTHERS B PAINTING, LLC, A GEORGIA LIMITED LIABILITY COMPANY, AND OMAR BETANCUR, INDIVIDUALLY,<br>Defendants. | CIVIL ACTION NO.<br>1-14-CV-03960-SCJ |

## ORDER

Having been informed of second discovery dispute between the parties, the Court enters the following order.

Pursuant to the Court's standing order and preferred informal method for resolving discovery disputes (Doc. No. [21]) through a conference call, the Court held a conference call with the attorneys of record on June 29, 2015. After hearing from counsel, the Court resolved the discovery dispute as follows.

It is hereby **ORDERED** that:

- By **12 p.m., today, June 29, 2015,** Plaintiff's Counsel shall submit (via electronic mail) a copy of the thirteen interrogatories at issue to the Court's Courtroom Deputy Clerk, Ms. Pamela Wright. Plaintiff's

AO 72A
(Rev.8/82)

Counsel shall also submit a list of the names of individuals that he seeks to depose and a short summary of why he is requesting to depose said individual.

- By **5 p.m., Tuesday, June 30, 2015**, Plaintiff's Counsel shall send Defense Counsel settlement demands for the named plaintiff (and all those individuals who have filed a consent to joint this action or otherwise been designated as an "opt-in plaintiff").

- By **5 p.m., Wednesday, July 1, 2015**, Defense Counsel may submit (to Ms. Wright via electronic mail) a written response to Plaintiff's June 29, 2015 submission concerning the interrogatories and depositions—said response may also address the matter of discovery extension.[1]

- By **5 p.m., Thursday, July 2, 2015**, the parties shall notify the Court of whether the parties have reached a resolution through settlement.

---

[1] As stated by the Court in the conference call, Defense Counsel has already expressed their opposition to interrogatories, depositions, and extended discovery; however, to the extent that they want to provide written opposition, they are now provided the opportunity to do so. In the absence of additional written opposition, in making its ruling, the Court will rely on the opposition arguments already made in the conference call.

In the absence of notification of settlement, the Court will thereafter issue a final ruling on the outstanding issues of the second discovery dispute (*i.e.*, interrogatories, depositions, extending the time for discovery).

**IT IS SO ORDERED**, this 29th day of June, 2015.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE