IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE SERRANO, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BROTHERS B PAINTING, LLC, a Georgia limited liability company, and OMAR BETANCUR, Individually,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-3960-SCJ |

**O R D E R**

Counsel for the Plaintiff having advised the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 17th day of July, 2015.

                                            s/Steve C. Jones
                                            STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE